**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re: Wanda Elois Daniel** | **Case No. 12-33766-DOT** |
| **Debtor** | **Chapter 13** |

## CERTIFICATE OF SERVICE

I hereby certify that I served, via U.S. Mail, Debtor's First Set of Interrogatories to Neighborhood Housing Services of Richmond, Inc., and Debtor's First Request for Production of Documents to Neighborhood Housing Services of Richmond, Inc. on the 31st day of May, 2013, to Neighborhood Housing Services of Richmond, Inc., c/o Alexander Hamilton Ayers, Esquire, 710 North Hamilton Street, Suite 300, Richmond, VA 23221.

**BOLEMAN LAW FIRM, P.C.**

By: /s/ Emily Connor Fort
Mark C. Leffler (VSB # 40712)
Emily Connor Fort (VSB # 83889)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Counsel for Debtor