## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: Wanda Elois Daniel | Case No. 12-33766-DOT |
| Debtor | Chapter 13 |

Last Four Digits of Debtor's SSN: XXX-XX-3558

Debtor's Address: 105 East Leigh Street
              Richmond, VA 23219

## NOTICE OF HEARING

The above named Debtor, by counsel, has filed an Objection to Claim in this bankruptcy case. <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS OBJECTION WILL BE HELD ON July 24, 2013 at 2:00 p.m. in Honorable Douglas O. Tice's Courtroom, U.S. Bankruptcy Court, 701 E. Broad Street, Room 5100, Richmond, VA 23219.**

If you want to be heard on this matter, then no later than three (3) days before the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street,  Room 4000
> Richmond, VA 23219-3515

**Mark C. Leffler** (VSB# **40712**)
**Emily Connor Fort** (VSB# **83889**)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

2. You must also mail a copy to:

> Boleman Law Firm, P.C.
> P. O. Box 11588
> Richmond, VA 23230-1588

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

> Respectfully submitted,
>
> WANDA ELOIS DANIEL
> By Counsel:
>
> /s/ **Emily Connor Fort**
> **Mark C. Leffler** (VSB# **40712**)
> **Emily Connor Fort** (VSB# **83889**)
> Boleman Law Firm, P.C.
> P. O. Box 11588
> Richmond, Virginia 23230-1588
> Telephone (804) 358-9900
> Counsel for Debtor

## **CERTIFICATE OF SERVICE**

      I certify that on May 31, 2013, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to Debtor, the Chapter 13 trustee, the United States trustee, attorneys having appeared in the case as listed below, and to all creditors and parties in interest on the mailing matrix attached hereto.

Alexander Hamilton Ayers, Esquire
Ayers & Stolte, P.C.
710 Hamilton Street, Suite 300
Richmond, VA 23221
Counsel for Neighborhood Housing Services of Richmond, Inc.

Robert L. Deichmeister, Esquire
Hartsoe & Morgan PLLC
4084 University Drive, Suite 100A
Fairfax, VA 22030
Counsel for Sallie Mae, Inc.

    /s/ **Emily Connor Fort**
    Counsel for Debtor

| | | |
|---|---|---|
| Office of the US Trustee<br>701 E. Broad Street<br>Room 4304<br>Richmond, VA 23219 | Apex Financial Management<br>1120 W Lake Cook Rd #A<br>Re: Chase Bank<br>Buffalo Grove, IL 60089-1970 | Ayers & Stole, PC<br>Alexander Hamilton Ayers, Esqu<br>710 N. Hamilton St, Suite 300<br>Richmond, VA 23221 |
| Budzik & Dynia, LLC<br>Re: Chase Bank<br>4849 N. Milwaukee Ave. Ste 801<br>Chicago, IL 60630 | Canfield,Baer,Heller&Johnston<br>Re: Neighborhood Housing<br>2201 Libbie Ave, Suite 200<br>Richmond, VA 23230 | Chase Bank One<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Check Into Cash<br>3059 Mechanicsville Turnpike<br>Richmond, VA 23223 | Dominion Law Associates<br>Re: Chase Bank<br>222 Central Park Avenue<br>Virginia Beach, VA 23462-3026 | Equable Ascent Financial<br>1120 W. Lake Cook Rd Ste A<br>Re: Chase Bank One<br>Buffalo Grove, IL 60089 |
| Henry McLaughlin P/C.<br>707 E. Main Street<br>SUite 1375<br>Richmond, VA 23219 | Internal Revenue Service<br>400 N. 8th St., Box 76<br>Stop Room 898<br>Richmond, VA 23219 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Proceedings & Insolvencies<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Neighborhood Housing Services<br>Attn: Bankruptcy Department<br>2712 Chamberlayne Avenue<br>Richmond, VA 23222-2634 | Penn Credit Corporation<br>RE: Direct Brands<br>PO Box 988<br>Harrisburg, PA 17108-0988 |
| Portfolio Investments I LLC<br>c/o Recovery Management<br>System<br>25 SE 2nd Avenue Ste 1120<br>Miami, FL 33131 | RJM Acquisitions<br>Re: Homestyle Books<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | RJM Acquisitions<br>c/o Homestyle Books Book Club<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 |
| Sallie Mae<br>Re: Bankruptcy<br>300 Continental Dr. #1S<br>Newark, DE 19713-4339 | USA Funds<br>PO BOX 6180<br>Indianapolis, IN 46206 | Virginia Housing & Development<br>P.O. Box 4548<br>Richmond, VA 23220-8548 |
| West Asset Managment<br>Re: Sallie Mae<br>2703 N. US Highway 75<br>Sherman, TX 75090 | | |