## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: Wanda Elois Daniel | Case No. 12-33766-DOT |
| Debtor | Chapter 13 |

### CERTIFICATE OF SERVICE

I hereby certify that I served, via U.S. Mail, postage prepaid, Neighborhood Housing Services of Richmond, Inc.'s First Set of Interrogatories to Wanda Elois Daniel and Neighborhood Housing Services of Richmond, Inc.'s First Request for Production of Documents to Wanda Elois Daniel on the 24th of June, 2013, to Wanda Elois Daniel c/o Mark C. Leffler, Esquire of Boleman Law Firm, P.C., P.O. Box 11588, Richmond, VA 23230-1588.

**AYERS & STOLTE, PC**

By:  /s/ Alexander Hamilton Ayers
Alexander Hamilton Ayers (VSB 77826)
Ayers & Stolte, PC
710 N. Hamilton St., St. 300
Richmond, VA 23221
(804) 358-4731
aayers@ayerslaw.com
*Counsel for Neighborhood Housing Services of Richmond, Inc.*