IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Wanda Elois Daniel                               Case No. 12-33766-DOT
      Debtor                                              Chapter 13

### ORDER GRANTING JOINT MOTION TO CONTINUE HEARING

This matter comes before the Court upon the joint Motion of Wanda Elois Daniel ("the Debtor"), and Neighborhood Housing Services of Richmond, Inc. ("NHSR"), to continue the Evidentiary Hearing on NHSR's Amended Objection to Confirmation and Debtor's Objection to Claim, and it appearing to the Court proper to do so,

It is hereby ORDERED that the Evidentiary Hearing presently scheduled for July 24, 2013 at 2:00 p.m. is continued until September 25, 2013, at 2:00 p.m.

It is further ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: _____                    _____
                                                                           U.S. Bankruptcy Judge

                                                    Entered on Docket: _____

We ask for this:

**Wanda Elois Daniel**                          **Neighborhood Housing Services
                                                of Richmond, Inc.**
By Counsel:                                     By Counsel:

<u>/s/ Emily Connor Fort</u>        <u>/s/ Emily Connor Fort on behalf of</u>
Emily Connor Fort (VSB#83889)        <u>Alexander H. Ayers with permission via email</u>
Boleman Law Firm, P.C.                Alexander H. Ayers (VSB# 77826)
P.O. Box 11588                        Ayers & Stolte, P.C.
Richmond, VA 23230-1588               710 N. Hamilton Street, Suite 300
                                      Richmond, VA 23221

## **CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

                                             /s/ Emily Connor Fort
                                             Counsel for Debtor

**Parties to Receive Copies**

Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588

Alexander H. Ayers, Esquire
Ayers & Stolte, P.C.
710 N. Hamilton Street, Suite 300
Richmond, VA 23231
Counsel for Neighborhood Housing
Services of Richmond, Inc.

Wanda Elois Daniel
105 E. Leigh Street
Richmond, VA 23220

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, VA 23219